# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-9169 FMO (JPRx) | Date | September 27, 2021 |
|---|---|---|---|
| Title | Robert Firchow v. Allstate Northbrook Indemnity Company, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Further Proceedings

    Having reviewed the docket in this action, IT IS ORDERED THAT the trial date and the pretrial conference, and any remaining pretrial deadline, are vacated pending resolution of the pending motion for summary judgment.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |