JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FIRCHOW, | Case No. CV 20-9169 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Order Re: Pending Motion, IT IS ADJUDGED that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 28th day of February, 2022.

/s/
Fernando M. Olguin
United States District Judge